UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DR. JACKIE CAVNER                                                                                    PLAINTIFF

v.                                          No. 2:21-CV-02034

UNIVERSITY OF ARKANSAS
FORT SMITH, et al.                                                                                 DEFENDANTS

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, Plaintiff's Title VII and Title IX claims against Mercy are DISMISSED WITH PREJUDICED.  Plaintiff's Title IX claim against UAFS is also DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 26th day of February, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE